IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| | ) |
| DONNA FOUTS, Individually and as Personal Representative of the Estate of CLAUDE DAVID HARLEY, Deceased, and DANNY HARLEY, | ) ) ) ) ) C.A. No. |
| | ) (Superior Court of the State of Delaware, |
| Plaintiffs, | ) New Castle County, |
| | ) C.A. No. 08C-05-163 ASB) |
| v. | ) |
| | ) |
| AIRSTREAM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE OF CORPORATION AFFILIATIONS AND
FINANCIAL INTEREST OF DEFENDANT VIAD CORP**

Pursuant to FED. R. CIV. P. 7.1(a), defendant Viad Corp ("Viad"), incorrectly sued herein as Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company) states that Marathon Asset Management LLP and Morgan Stanley & Co., Inc. own 10% or more of Viad Corp's outstanding common stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Facsimile: (302) 576-3300
E-mail: thouseal@ycst.com
Attorneys for Viad Corp incorrectly sued herein as Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company)

Dated: July 10, 2008