## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: ASBESTOS LITIGATION:    )
    )
DONNA FOUTS, Individually and as    )
Personal Representative of the Estate of    )
CLAUDE DAVID HARLEY, Deceased,    )   C.A. No. 08-425
and DANNY HARLEY,    )
    )
        Plaintiffs,    )
    )
       v.    )
    )
AIRSTREAM, INC., et al.,    )
    )
        Defendants.    )

### DEFENDANT VIAD CORP'S MOTION FOR STAY OF PROCEEDINGS AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Viad Corp ("Viad"), incorrectly sued herein as "Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company)", through its attorneys, respectfully moves this Honorable Court to stay all proceedings in this case pending a ruling by the Judicial Panel on Multidistrict Litigation on transfer of the above-captioned matter to the Eastern District of Pennsylvania as part of the *In re Asbestos Products Liability Litigation*, Docket No. MDL-875 ("MDL-875"). Viad Corp has concurrently asked the Judicial Panel on Multidistrict Litigation to transfer the action herein to the Eastern District of Pennsylvania as part of MDL-875. As set forth more fully in the accompanying supporting Memorandum, transfer of this matter to MDL-875 is likely because this matter concerns allegations of asbestos-related disease or injury stemming from exposure to asbestos products

    

and inhalation of the products' asbestos fibers and because it shares many other common procedural and substantive issues with the actions pending in MDL-875.

Accordingly, principles of expediency, efficiency, comity, and avoidance of the waste of this Court's time, energy, and resources, dictate that all proceedings before this Court in this matter should be stayed pending transfer to MDL-875. Similarly, and pursuant to Federal Rule of Civil Procedure 6(b), Viad Corp respectfully moves this Court for an order extending the time Viad Corp has to answer or otherwise plead so that pretrial motions and answers related to the Complaint can be filed with and according to the established procedures of MDL-875.

WHEREFORE, for the reasons stated above and more fully set forth in the accompanying Memorandum, Defendant Viad Corp respectfully moves this Court for an order staying all proceedings in this case pending a decision on transfer to MDL-875 from the MDL Panel.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Facsimile: (302) 576-3300
E-mail: thouseal@ycst.com
Attorneys for Viad Corp incorrectly sued herein as
Viad Corp., (f/k/a The Dial Corporation, individually
and as successor-in-interest to Griscom-Russell
Company)

Dated: July 11, 2008

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  ASBESTOS LITIGATION: | ) |
| | ) |
| DONNA FOUTS, Individually and as | ) |
| Personal Representative of the Estate of | ) |
| CLAUDE DAVID HARLEY, Deceased, | )   C.A. No. 08-425 |
| and DANNY HARLEY, | ) |
| | ) |
|            Plaintiffs, | ) |
| | ) |
|      v. | ) |
| | ) |
| AIRSTREAM, INC., et al., | ) |
| | ) |
|           Defendants. | ) |

## MEMORANDUM IN SUPPORT OF DEFENDANT VIAD CORP'S MOTION FOR STAY OF PROCEEDINGS AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Viad Corp ("Viad"), incorrectly sued herein as "Viad Corp., (f/k/a

The Dial Corporation, individually and as successor-in-interest to Griscom-Russell

Company)", has asked the Judicial Panel on Multidistrict Litigation ("MDL Panel") to

transfer this action to the Eastern District of Pennsylvania as part of In re Asbestos Products

Liability Litigation, Docket No. MDL-875 ("MDL-875"). (See Notice of Tag Along Action

attached as Exhibit 1). Accordingly, Viad respectfully moves that this Court stay all

proceedings in this case pending the imminent transfer of this action to MDL-875, for the

reasons discussed below. Additionally, pursuant to Federal Rule of Civil Procedure 6(b), Viad

moves this Court for an extension of time to answer or otherwise plead until seven (7) days

after this case is transferred to MDL-875.

## I. INTRODUCTION

Because many of the procedural and substantive issues in this action are identical to issues pending before the Honorable Judge James T. Giles of the United States District Court for the Eastern District of Pennsylvania in MDL-875, Viad expects that the MDL Panel shortly will issue a transfer order mandating that this action become part of MDL-875 as a tag-along case. Given that the facts and issues between this action and MDL-875 are virtually identical, any ruling made by this Court in the interim period before transfer risks duplication and inconsistency with the parallel multidistrict proceeding that has been operating efficiently for the last fifteen (15) years. Therefore, as numerous judges of this and other courts have held, a stay of proceedings here pending transfer would be most appropriate.

## II. BACKGROUND OF MDL-875: *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION*

The background of the asbestos-related litigation pending in MDL-875 is now well-established. In the early-1990's, members of the bench and trial bar agreed that asbestos-related litigation "reached a magnitude, not contemplated ... , that threatens the administration of justice and ... requires a new streamlined approach." *In re Asbestos Prods. Liab. Litig.(VI)*, 771 F. Supp. 415, 418 (J.P.M.L. 1991). In recognition that individual cases could no longer be administered effectively by individual judges in separate federal cases, the MDL Panel concluded that "centralization of all federal asbestos personal injury/wrongful death actions, in the words of 28 U.S.C. § 1407(a), 'will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of such actions.'" *Id.* Specifically, pursuant to 28 U.S.C. § 1407, on July 29, 1991, the MDL Panel transferred to MDL-875 over 20,000

2

actions that involved common questions of fact relating to injuries or wrongful death allegedly caused by exposure to asbestos or asbestos-containing products. *Id*. The actions were transferred to the Eastern District of Pennsylvania before the Honorable Charles R. Weiner for coordinated or consolidated pretrial proceedings.

Since that time, barring exceptional circumstances not present here, any cases pending in federal courts for claims of injury or wrongful death from asbestos are transferred to the Eastern District of Pennsylvania for pretrial proceedings before Judge Giles, the judge presiding over MDL-875, as a matter of course. Indeed, according to the Judicial Panel's docket page, there are currently 42,582 actions pending in MDL-875, and there have been 120,988 total actions transferred to MDL-875 since 1991. (*See* J.P.M.L. Docket attached as Exhibit 2).

### III. THE *FOUTS* ACTION WILL BE TRANSFERRED TO MDL-875 AS A TAG-ALONG ACTION

Viad filed a Notice of Tag-Along Action with the MDL Panel informing it that this action is a tag-along action to MDL-875 pursuant to R.J.P.M.L 7.2(i), 7.3(a), 7.4 and 7.5(e) (See Exhibit 1). The MDL Panel may now enter a conditional transfer order transferring this action to MDL-875. Almost without exception, the MDL Panel issues transfer orders in asbestos-litigation when "the Panel finds that [the tag-along actions] involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings occurring in that district" because transfer will "serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." *In re Asbestos Prods. Liab. Litig.(VI)*, 170 F. Supp. 2d 1348, 1349 (J.P.M.L. 2001).

3

Indeed, numerous asbestos cases have been transferred without exception, underscoring the fact that transfer of a federal action for asbestos-related injury or wrongful death to MDL-875 is almost automatic regardless of the objection. *See, e.g., In re Asbestos Prods. Liab. Litig.(No. VI),* 170 F. Supp. 2d at 1350 (granting transfer over objection that cases involving punitive damages should be excluded from MDL-875); *In re Asbestos Prods. Liab. Litig.(No. VI)*, Nos. 875, C02-0194PJH, 2002 WL 1128268 (J.P.M.L. Apr. 3, 2002) (granting conditional transfer order and noting that since the formation of MDL-875, more than 72,201 actions have been transferred to MDL-875); *In re Asbestos Prods. Liab. Litig.(No. VI)*, Nos. 875, 3:01-540, 3:10-1627, 1:00-1454, 2001 WL 1042562 (J.P.M.L. Aug. 29, 2001) (ordering transfer of cases to MDL-875 over objections that unique facts warranted exclusion from the MDL proceedings); *In re Asbestos Prods. Liab. Litig.(No. VI)*, No. 875, 1996 WL 143826 (J.P.M.L. Feb. 16, 1996) (same). Indeed, the MDL Panel has rejected oppositions to transfer regardless of the pendency of motions or other matters before the transferor court, the uniqueness of a party's status, the type of defendant, the docket condition of any specific federal district, the stage of pretrial proceedings, the presence of unique claims or additional claims not related to asbestos-related injury or death, and/or the unanimity of opposition to transfer by the parties to an action. *In re Asbestos Prods. Liab. Litig.(No. VI)*, 170 F. Supp. 2d at 1349.

The policy favoring the transfers of asbestos cases is widely accepted. The MDL Panel also has found that transfer is necessary to avoid duplication of effort with unnecessary expenses by the parties, witnesses, and their counsel, to prevent inconsistent decisions in all pending federal personal injury or wrongful death asbestos actions not yet in

trial, and for the just and efficient conduct of the litigation. *In re Asbestos Prods. Liab. Litig.*, 771 F. Supp. at 421-22; *In re Asbestos Prods. Liab. Litig.*, 1996 WL 143826, at * 1.

> It is against this backdrop that the Panel's decision enrolled in this litigation must be understood. First of all, our decision to order transfer is not unmindful of the fact that the impact of asbestos litigation varies from district to district, and that in some courts asbestos personal injury actions are being resolved in a fashion indistinguishable from other civil actions. It is not surprising, therefore, that parties and courts involved in such actions might urge that inclusion of their actions in multidistrict proceedings is inappropriate. The Panel, however, must weigh the interest of all of the plaintiffs and all of the defendants, and must consider multiple litigation as a whole in the light of the purposes of the law.

*In re Asbestos Prods. Liab. Litig.*, 771 F. Supp. at 420.

*Fouts* is related to the other actions in MDL-875 in a number of respects. First and most importantly, the causes of action are based on the same factual predicates as other actions in MDL-875, namely, whether Claude David Harley suffered asbestos-related injuries stemming from exposure to asbestos from products and premises or inhalation of asbestos fibers. Second, based on these allegations, the Plaintiffs in *Fouts* assert the same causes of action as the plaintiffs in MDL-875, including negligence and strict liability. Third, like the plaintiffs in MDL-875, the Plaintiffs in *Fouts* seek to recover compensatory and punitive damages for asbestos-related disease or injury. Under these circumstances, permitting Judge Giles (with his learned experience in handling thousands of such cases) to decide such issues would promote judicial efficiency and avoid duplicative litigation efforts and the potential for inconsistent results. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Air Crash Disaster at Fla. Everglades*, 368 F. Supp. 812 (J.P.M.L. 1973).

5

Until the MDL Panel transfers this action to the Eastern District of

Pennsylvania, this Court should follow the lead of numerous other judges in this and other

courts and grant Viad's request for a stay of all proceedings.

## IV.  A STAY IS APPROPRIATE UNDER THE CIRCUMSTANCES OF THIS CASE

The power to stay is well recognized. It is "incidental to the power inherent in

every court to control the disposition of the causes on its docket with economy of time and

effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254

(1936). *See also 7 BC. Wright, A. Miller and M. Kane*, FEDERAL PRACTICE AND PROCEDURE §

1792, at 293 (2d ed. 1986) ("W]hen similar actions, either class or individual, are proceeding

before several courts, one or more of the tribunals may stay the proceeding before it pending

the outcome of the other action."); MANUAL FOR COMPLEX LITIGATION § 31.14 3d ed. 1995

("[I]n appropriate cases, a judge may order an action stayed pending resolution of a related

case in a federal court.").

A stay is particularly appropriate in the context of a multidistrict proceeding.

Cases asserting redundant claims may be transferred by the MDL Panel to a single district for

coordinated pretrial proceedings. 28 U.S.C. § 1407(a). Coordination furthers judicial

economy and eliminates the potential for conflicting pretrial rulings. *See, e.g., In re New York*

*City Mun. Sec. Litig.*, 572 F.2d 49, 51-52 (2d Cir. 1978); *In re Air Crash Disaster off Long*

*Island, N.Y.*, 965 F. Supp. 5, 7 (S.D.N.Y. 1997). These benefits would be lost if individual

cases proceeded pending the MDL Panel's transfer of the cases to a single judge. Indeed, "a

majority of courts have concluded that it is often appropriate to stay preliminary pretrial

proceedings while a motion to transfer and consolidate is pending with the MDL Panel

6

because of the judicial resources that are curbed." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1362 (C.D. Cal. 1997). Relying on similar reasons, numerous courts throughout the country have entered a stay of all proceedings pending a decision on transfer to an MDL proceeding. *See, e.g., Aikins v. Microsoft Corp.*, Civ. A. No. 00-0242, 2000 WL 310391 (E.D. La. Mar. 24, 2000); *Falgoust v. Microsoft Corp.*, No. 00-0779, 2000 WL 462919 (E.D. La. Apr. 19, 2000); *Pacific Life Ins. Co. v. J.P. Morgan Chase & Co.*, No. Sa CV 03-813GLT(ANX), 2003 WL 22025158 (C.D. Cal. June 30, 2003); *Cantrell v. Wyeth*, No. 303CV1659G, 2003 WL 22251079 (N.D. Tex. Sept. 19, 2003); *Boudreaux v. Metropolitan Life Ins. Co.*, No. 95-138, 1995 WL 83788 (E.D. La. Feb. 24, 1995); *Johnson v. AMR Corp.*, Nos. 95 C 7659-95 C 7664, 1996 WL 164415, at * 4 (N.D. Ill. Apr. 3, 1996) (noting that the best course is grant a stay and let the MDL judge rule on the pending motions), *Tench v. Jackson Nat'l Life Ins. Co.*, No. 99-C-5182, 1999 WL 1044923, *1-2 (N.D. Ill. Nov. 12, 1999) (stating that "stays are frequently granted to avoid duplicative efforts and preserve valuable judicial resources").

Where notice of a potential transfer has been filed with the MDL Panel, courts generally review three factors to decide whether to stay pending proceedings in the district court until the MDL Panel can rule. These factors are 1) hardship to the moving party if the stay is not granted; 2) potential prejudice to the nonmoving party; and 3) the judicial resources that can be saved by avoiding duplicative litigation if the cases are consolidated. *See, e.g., Rivers*, 980 F. Supp. at 1360. "Even where a nonmoving party claims that a stay will cause delay and prejudice, there are considerations of judicial economy and hardship to defendants that are compelling enough to warrant such a delay." *Arthur Magna, Inc. v. Del-Val Fin. Corp.*, Civ. A. No. 90-4378, 1991 WL 13725, at * 1 (D.N.J. Feb. 1, 1991).

Without question, a stay is warranted here. A stay followed by multidistrict litigation would allow the MDL court to decide core jurisdictional objections possibly subject to repetition and reviewed at the appellate level in due course. Consistency as well as economy are thus served. *Ivy*, 901 F.2d at 9. Indeed, numerous highly effective and efficient procedures already are in place in MDL-875 to handle this case. *In re Asbestos Prods. Liab. Litig.*, Civ. No. MDL 875, 1996 WL 539589 at *I (E.D. Pa. Sept. 19, 1996).

In contrast, any minor prejudice to plaintiff is far outweighed by the balance of interests favoring multidistrict treatment of asbestos litigation. Indeed, if this case is not stayed and is ultimately transferred to the multidistrict proceeding, "this Court will have needlessly expended its energies familiarizing itself with the intricacies of a case that would be heard by another judge." *Rivers*, 98 F. Supp. at 1360. Additionally, "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation." *Id.* at 1360-61. Finally, the Court may issue rulings that conflict with those of the MDL court. *See Amer. Seafood, Inc. v. Magnolia Processing, Inc.*, Civ. A. Nos. 92-1030, 92-1086, 1992 WL 102762, at *2 (E.D. Pa. May 7, 1992). Simply put, this case will be transferred to MDL-875, just as the thousands of predecessor cases that have related to the same common issues of asbestos-related injury have been. In the brief interim prior to transfer, it is a waste of the parties', and imminently worse, the Court's time and resources to continue litigating before this Court, prior to transfer. Accordingly, a stay of all proceedings is warranted under such circumstances.

8

## V. VIAD SHOULD BE GRANTED AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

For efficiency and other reasons stated above, and pursuant to Federal Rule of Civil Procedure 6(b), Viad moves this Court for an enlargement of time to answer or otherwise plead so that pretrial motions and answers related to the Complaint can be filed according to established procedures of MDL-875.

## CONCLUSION

For the foregoing reasons, Viad respectfully requests that this Court stay all proceedings in this matter pending transfer of this action by the J.P.M.L. to MDL-875 in the Eastern District of Pennsylvania, and that it grant Viad an extension of time to answer or otherwise plead through and including seven (7) days after this case is transferred to MDL-875.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Facsimile: (302) 576-3300
E-mail: thouseal@ycst.com
Attorneys for Viad Corp incorrectly sued herein as Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company)

Dated:  July 11, 2008

9

# EXHIBIT 1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
    (PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6722
DIRECT FAX: (302) 576-3455
jkinkus@ycst.com

July 11, 2008

**BY FEDERAL EXPRESS**

Mr. Jeffrey N. Lüthi
Clerk of the Panel
Judical Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
One Columbus Circle, N.E.
Washington, DC 20002-8004

Re:     **BEFORE THE JUDICAL PANEL ON MULTIDISTRICT LITIGATION** *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*, **DOCKET NO. MDL-875**

### NOTICE OF TAG-ALONG ACTION

Dear Mr. Lüthi:

        Attached at Tab 1 is a copy of the Complaint in *Fouts v. Airstream, et al.*, an action seeking damages for asbestos-related injuries filed in the Superior Court of Delaware, New Castle County, Case No. 08C-05-163 ASB. *Fouts* was removed to the United States District Court for the District of Delaware. A copy of the Notice of Removal is attached at Tab 2. *Fouts* is related to and shares common issues of the fact with the actions in *In Re Asbestos Products Liability Litigation*, Docket No. MDL-875 ("MDL-875"), which were transferred to the Eastern District of Pennsylvania before the Honorable James T. Giles, pursuant to the Panel's Order and Opinion of July 29, 1991. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Mr. Jeffrey N. Lüthi
July 11, 2008
Page 2

 *Fouts* involves common issues of fact with and is related to the actions in MDL-875 in a number of respects. First and most importantly, the causes of action in *Fouts* are based on the same factual predicates as other actions in MDL-875 – namely, allegations of asbestos-related disease or injury stemming from exposure to asbestos in products and on premises and inhalation of asbestos fibers. Second, based on these allegations, *Fouts* asserts the same causes of action as the plaintiffs in MDL-875 including, negligence and strict liability. Third, like the plaintiffs in MDL-875, Plaintiffs in *Fouts* seek to recover compensatory damages for asbestos-related disease or injury. For these reasons, discovery in *Fouts* would be streamlined and conducted more efficiently through the coordinated multidistrict discovery process already in place in MDL-875 governing the same types of asbestos allegations, claims and damages. Accordingly, pursuant to R.P.J.P.M.L. 7.2(i), 7.3(a), 7.4 and 7.5(e), Defendant Viad Corp hereby notifies the Panel that *Fouts* is pending in federal court and should be transferred to the Eastern District of Pennsylvania to become part of MDL-875.

 If you have any questions, please do not hesitate to contact me at the above telephone number.

   Very truly yours,

   Jennifer M. Kinkus

JMK:lbc
Attachments

cc: United States District Court, District of Delaware (via hand delivery only)
  All Counsel of Record in *Fouts* (See Tab 3) (via mail only) (w/o encl.)

# EXHIBIT 2

## DISTRIBUTION OF PENDING MDL DOCKETS
(AS OF MAY 13, 2008)

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| ARE | D.J. William R. Wilson, Jr. | MDL-1507 IN RE: Prempro Products Liability Litigation | 3,828 | 4,661 |
| ARW | D.J. Harry F. Barnes | MDL-1832 IN RE: Pilgrim's Pride Fair Labor Standards Act Litigation | 16 | 16 |
| AZ | D.J. Mary H. Murguia | MDL-1910 IN RE: Phoenix Licensing, L.L.C., Patent Litigation | 7 | 7 |
| | Sr.J. Paul G. Rosenblatt | MDL-1541 IN RE: Allstate Insurance Co. Fair Labor Standards Act Litigation | 4 | 5 |
| CAC | D.J. Cormac J. Carney | MDL-1926 IN RE: Halfone Color Separations ('809) Patent Litigation | 5 | 5 |
| | D.J. David O. Carter | MDL-1807 IN RE: Wachovia Securities, LLC, Wage and Hour Litigation | 17 | 20 |
| | D.J. Dale S. Fischer | MDL-1822 IN RE: Bluetooth Headset Products Liability Litigation | 27 | 27 |
| | D.J. Dale S. Fischer | MDL-1897 IN RE: Mattel, Inc., Toy Lead Paint Products Liability Litigation | 20 | 20 |
| | D.J. Philip S. Gutierrez | MDL-1934 IN RE: Epogen and Aranesp Off-Label Marketing and Sales Practices Litigation | 5 | 5 |
| | D.J. R. Gary Klausner | MDL-1816 IN RE: Katz Interactive Call Processing Patent Litigation | 53 | 54 |
| | D.J. R. Gary Klausner | MDL-1864 IN RE: Charlotte Russe, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 3 | 3 |
| | D.J. S. James Otero | MDL-1891 IN RE: Korean Air Lines Co., Ltd., Antitrust Litigation | 71 | 71 |
| | Sr.J. Mariana R. Pfaelzer | MDL-1574 IN RE: Paxil Products Liability Litigation | 6 | 149 |
| | D.J. Manuel L. Real | MDL-1737 IN RE: American Honda Motor Co., Inc., Oil Filter Products Liability Litigation | 5 | 5 |
| | D.J. Christina A. Snyder | MDL-1671 IN RE: Reformulated Gasoline (RFG) Antitrust & Patent Litigation | 9 | 12 |
| | D.J. Christina A. Snyder | MDL-1825 IN RE: Midland National Life Insurance Co. Annuity Sales Practices Litigation | 2 | 2 |
| | C.J. Alicemarie H. Stotler | MDL-1803 IN RE: Banc of America Investment Services, Inc., Overtime Pay Litigation | 5 | 5 |
| | D.J. Stephen V. Wilson | MDL-1745 IN RE: Live Concert Antitrust Litigation | 22 | 22 |

| District | Judge | | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|---|
| CAN | D.J. William H. Alsup | MDL-1826 | IN RE: Graphics Processing Units Antitrust Litigation | 51 | 52 |
| | D.J. Saundra Brown Armstrong | MDL-1781 | IN RE: Cintas Corp. Overtime Pay Arbitration Litigation | 71 | 71 |
| | D.J. Saundra Brown Armstrong | MDL-1809 | IN RE: Terminix Employment Practices Litigation | 2 | 2 |
| | D.J. Charles R. Breyer | MDL-1699 | IN RE: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | 1,769 | 2,038 |
| | D.J. Charles R. Breyer | MDL-1793 | IN RE: International Air Transportation Surcharge Antitrust Litigation | 101 | 102 |
| | D.J. Charles R. Breyer | MDL-1913 | IN RE: Transpacific Passenger Air Transportation Antitrust Litigation | 18 | 18 |
| | D.J. Maxine M. Chesney | MDL-1648 | IN RE: Rubber Chemicals Antitrust Litigation | 10 | 14 |
| | D.J. Maxine M. Chesney | MDL-1930 | IN RE: Wells Fargo Mortgage Lending Practices Litigation | 5 | 5 |
| | Sr.J. Samuel Conti | MDL-1917 | IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | 30 | 30 |
| | D.J. Phyllis J. Hamilton | MDL-1486 | IN RE: Dynamic Random Access Memory (DRAM) Antitrust Litigation | 26 | 45 |
| | D.J. Susan Yvonne Illston | MDL-1827 | IN RE: TFT-LCD (Flat Panel) Antitrust Litigation | 136 | 136 |
| | D.J. Susan Yvonne Illston | MDL-1939 | IN RE: Oilily Fair and Accurate Credit Transactions Act (FACTA) Litigation | 2 | 2 |
| | D.J. Marilyn Hall Patel | MDL-1770 | IN RE: Wells Fargo Home Mortgage Overtime Pay Litigation | 5 | 5 |
| | D.J. Marilyn Hall Patel | MDL-1841 | IN RE: Wells Fargo Loan Processor Overtime Pay Litigation | 2 | 2 |
| | C.J. Vaughn R. Walker | MDL-1606 | IN RE: Deep Vein Thrombosis Litigation | 5 | 84 |
| | C.J. Vaughn R. Walker | MDL-1791 | IN RE: National Security Agency Telecommunications Records Litigation | 48 | 49 |
| | D.J. James Ware | MDL-1665 | IN RE: Acacia Media Technologies Corp. Patent Litigation | 22 | 23 |
| | D.J. Claudia Wilken | MDL-1819 | IN RE: Static Random Access Memory (SRAM) Antitrust Litigation | 81 | 82 |
| | D.J. Ronald M. Whyte | MDL-1423 | IN RE: Cygnus Telecommunications Technology, LLC, Patent Litigation | 3 | 30 |
| | D.J. Ronald M. Whyte | MDL-1754 | IN RE: Apple iPod nano Products Liability Litigation | 5 | 8 |
| CAS | D.J. Roger T. Benitez | MDL-1806 | IN RE: Morgan Stanley & Co., Inc., Overtime Pay Litigation (No. II) | 11 | 11 |
| | D.J. Roger T. Benitez | MDL-1889 | IN RE: Peregrine Systems, Inc., Securities Litigation | 35 | 35 |
| | Sr.J. Napoleon A. Jones, Jr. | MDL-1296 | IN RE: Alliance Equipment Lease Program Securities Litigation | 1 | 27 |
| | D.J. Jeffrey T. Miller | MDL-1751 | IN RE: Jamster Marketing Litigation | 5 | 5 |
| CO | D.J. Robert E. Blackburn | MDL-1788 | IN RE: Qwest Communications International, Inc., Securities & "ERISA" Litigation (No. II) | 8 | 30 |
| | D.J. Wiley Y. Daniel | MDL-1743 | IN RE: American Family Mutual Insurance Co. Overtime Pay Litigation | 2 | 2 |
| CT | Sr.J. Alfred V. Covello | MDL-1568 | IN RE: Parcel Tanker Shipping Services Antitrust Litigation | 1 | 18 |
| | D.J. Christopher F. Droney | MDL-1894 | IN RE: U.S. Foodservice, Inc., Pricing Litigation | 3 | 3 |
| | D.J. Alvin W. Thompson | MDL-1463 | IN RE: Xerox Corp. Securities Litigation | 22 | 22 |
| | D.J. Stefan R. Underhill | MDL-1542 | IN RE: Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation | 15 | 15 |
| | D.J. Stefan R. Underhill | MDL-1631 | IN RE: Publication Paper Antitrust Litigation | 28 | 31 |
| | D.J. Stefan R. Underhill | MDL-1642 | IN RE: Polychloroprene Rubber (CR) Antitrust Litigation | 9 | 9 |
| | D.J. Stefan R. Underhill | MDL-1649 | IN RE: Helicopter Crash Near Wendle Creek, British Columbia, on August 8, 2002 | 5 | 5 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| DC | D.J. John D. Bates | MDL-1772  IN RE: Series 7 Broker Qualification Exam Scoring Litigation | 19 | 21 |
| | D.J. Rosemary M. Collyer | MDL-1880  IN RE: Papst Licensing Digital Camera Patent Litigation | 8 | 8 |
| | D.J. Paul L. Friedman | MDL-1869  IN RE: Rail Freight Fuel Surcharge Antitrust Litigation | 18 | 18 |
| | C.J. Thomas F. Hogan | MDL-1285  IN RE: Vitamin Antitrust Litigation | 3 | 84 |
| | D.J. Ellen Segal Huvelle | MDL-1792  IN RE: InPhonic, Inc., Wireless Phone Rebate Litigation | 15 | 15 |
| | D.J. Royce C. Lamberth | MDL-1307  IN RE: Columbia/HCA Healthcare Corp. Qui Tam Litigation (No. II) | 2 | 30 |
| | D.J. Richard J. Leon | MDL-1515  IN RE: Nifedipine Antitrust Litigation | 6 | 10 |
| | D.J. Richard J. Leon | MDL-1668  IN RE: Federal National Mortgage Association Securities, Derivative & "ERISA" Litigation | 7 | 18 |
| | D.J. James Robertson | MDL-1796  IN RE: Department of Veterans Affairs (VA) Data Theft Litigation | 4 | 4 |
| | D.J. Ricardo M. Urbina | MDL-1798  IN RE: Long-Distance Telephone Service Federal Excise Tax Refund Litigation | 4 | 4 |
| DE | D.J. Joseph J. Farnan, Jr. | MDL-1717  IN RE: Intel Corp. Microprocessor Antitrust Litigation | 77 | 78 |
| | C.J. Gregory M. Sleet | MDL-1660  IN RE: PharmaStem Therapeutics, Inc., Patent Litigation | 6 | 6 |
| | C.J. Gregory M. Sleet | MDL-1848  IN RE: Rembrandt Technologies, LP, Patent Litigation | 15 | 15 |
| | C.J. Gregory M. Sleet | MDL-1866  IN RE: Brimonidine Patent Litigation | 2 | 2 |
| FLM | D.J. Henry Lee Adams, Jr. | MDL-1698  IN RE: American General Life & Accident Insurance Co. Retiree Benefits "ERISA" Litigation | 80 | 80 |
| | D.J. Anne C. Conway | MDL-1769  IN RE: Seroquel Products Liability Litigation | 5,689 | 7,338 |
| | D.J. Timothy J. Corrigan | MDL-1828  IN RE: Imagitas, Inc., Drivers' Privacy Protection Act Litigation | 13 | 13 |
| | Sr.J. Paul A. Magnuson (MN) | MDL-1824  IN RE: Tri-State Water Rights Litigation | 6 | 6 |
| | D.J. James S. Moody, Jr. | MDL-1626  IN RE: Accutane Products Liability Litigation | 17 | 32 |
| FLS | D.J. Donald L. Graham | MDL-1888  IN RE: Marine Hose Antitrust Litigation (No. II) | 8 | 8 |
| | D.J. Kenneth A. Marra | MDL-1916  IN RE: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | 8 | 8 |
| | D.J. Donald M. Middlebrooks | MDL-1928  IN RE: Trasylol Products Liability Litigation | 33 | 33 |
| | C.J. Federico A. Moreno | MDL-1334  IN RE: Managed Care Litigation | 9 | 124 |
| GAM | D.J. Clay D. Land | MDL-1854  IN RE: Tyson Foods, Inc., Fair Labor Standards Act Litigation | 25 | 25 |
| GAN | D.J. William S. Duffey, Jr. | MDL-1895  IN RE: LTL Shipping Services Antitrust Litigation | 50 | 50 |
| | D.J. Thomas W. Thrash, Jr. | MDL-1804  IN RE: Stand 'n Seal Products Liability Litigation | 36 | 37 |
| | D.J. Thomas W. Thrash, Jr. | MDL-1845  IN RE: ConAgra Peanut Butter Products Liability Litigation | 222 | 222 |
| IAS | Sr.J. Ronald E. Longstaff | MDL-1733  IN RE: Teflon Products Liability Litigation | 23 | 23 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| ILN | D.J Wayne R. Andersen | MDL-1876 IN RE: Long Beach Mortgage Company Truth in Lending Act 1-4 Family Rider Litigation | 3 | 3 |
| | Sr.J. Marvin E. Aspen | MDL-1425 IN RE: Aimster Copyright Litigation | 11 | 11 |
| | Sr.J. Marvin E. Aspen | MDL-1715 IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation | 460 | 470 |
| | D.J. Elaine E. Bucklo | MDL-1784 IN RE: McDonald's French Fries Litigation | 13 | 14 |
| | D.J. David H. Coar | MDL-1536 IN RE: Sulfuric Acid Antitrust Litigation | 7 | 7 |
| | D.J. David H. Coar | MDL-1783 IN RE: JP Morgan Chase & Co. Securities Litigation | 3 | 3 |
| | D.J. David H. Coar | MDL-1940 IN RE: Aqua Dots Products Liability Litigation | 9 | 9 |
| | D.J. Robert W. Gettleman | MDL-1350 IN RE: Trans Union Corp. Privacy Litigation | 14 | 15 |
| | Sr.J. John F. Grady | MDL-986 IN RE: "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation | 116 | 368 |
| | Sr.J. John F. Grady | MDL-1521 IN RE: Wireless Telephone 911 Calls Litigation | 10 | 10 |
| | Sr.J. John F. Grady | MDL-1703 IN RE: Sears, Roebuck & Co. Tools Marketing and Sales Practices Litigation | 4 | 7 |
| | Sr.J. John F. Grady | MDL-1925 IN RE: Air Crash Near Medan, Indonesia, on September 5, 2005 | 6 | 6 |
| | C.J. James F. Holderman, Jr. | MDL-1818 IN RE: Citifinancial Services Incorporated Prescreened Offer Litigation | 10 | 10 |
| | Sr.J. Harry D. Leinenweber | MDL-1893 IN RE: RC2 Corp. Toy Lead Paint Products Liability Litigation | 18 | 18 |
| | D.J. Charles R. Norgle, Sr. | MDL-1491 IN RE: African-American Slave Descendants Litigation | 2 | 10 |
| | D.J. Charles R. Norgle, Sr. | MDL-1604 IN RE: Ocwen Federal Bank FSB Mortgage Servicing Litigation | 76 | 91 |
| | D.J. Charles R. Norgle, Sr. | MDL-1927 IN RE: Texas Roadhouse Fair and Accurate Credit Transactions Act (FACTA) Litigation | 2 | 2 |
| | D.J. Amy J. St. Eve | MDL-1778 IN RE: Ocean Financial Corp. Prescreening Litigation | 5 | 6 |
| | D.J. James B. Zagel | MDL-899 IN RE: Mortgage Escrow Deposit Litigation | 1 | 75 |
| | D.J. James B. Zagel | MDL-1392 IN RE: General Motors Corporation Vehicle Paint Litigation (No. III) | 2 | 3 |
| ILS | D.J. G. Patrick Murphy | MDL-1562 IN RE: General Motors Corp. Vehicle Cooling System Products Liability Litigation | 7 | 13 |
| | D.J. G. Patrick Murphy | MDL-1748 IN RE: Profiler Products Liability Litigation | 4 | 4 |
| INN | Sr.J. Rudy J. Lozano | MDL-1767 IN RE: H&R Block Mortgage Corp. Prescreening Litigation | 3 | 3 |
| | C.J. Robert L. Miller, Jr. | MDL-1700 IN RE: FedEx Ground Package System, Inc., Employment Practices Litigation (No. II) | 59 | 65 |
| INS | D.J. Sarah E. Barker | MDL-1373 IN RE: Bridgestone/Firestone, Inc., Tires Products Liability Litigation | 19 | 828 |
| | C.J. David F. Hamilton | MDL-1313 IN RE: AT&T Corp. Fiber Optic Cable Installation Litigation | 43 | 43 |
| | D.J. Larry J. McKinney | MDL-1727 IN RE: COBRA Tax Shelters Litigation | 3 | 4 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| KS | D.J. John W. Lungstrum | MDL-1468 IN RE: Universal Service Fund Telephone Billing Practices Litigation | 56 | 68 |
|  | D.J. John W. Lungstrum | MDL-1616 IN RE: Urethane Antitrust Litigation | 4 | 30 |
|  | C.J. Kathryn H. Vratil | MDL-1721 IN RE: Cessna 208 Series Aircraft Products Liability Litigation | 9 | 10 |
|  | C.J. Kathryn H. Vratil | MDL-1840 IN RE: Motor Fuel Temperature Sales Practices Litigation | 50 | 50 |
|  | C.J. Kathryn H. Vratil | MDL-1853 IN RE: The TJX Companies, Inc., Fair and Accurate Credit Transactions Act (FACTA) Litigation | 5 | 10 |
| KYE | Sr.J. Joseph M. Hood | MDL-1877 IN RE: ClassicStar Mare Lease Litigation | 17 | 18 |
| LAE | D.J. Kurt D. Engelhardt | MDL-1873 IN RE: FEMA Trailer Formaldehyde Products Liability Litigation | 18 | 18 |
|  | D.J. Eldon E. Fallon | MDL-1355 IN RE: Propulsid Products Liability Litigation | 296 | 474 |
|  | D.J. Eldon E. Fallon | MDL-1657 IN RE: Vioxx Marketing, Sales Practices and Products Liability Litigation | 9,333 | 9,930 |
|  | D.J. Martin L.C. Feldman | MDL-1390 IN RE: Life Insurance Co. of Georgia Industrial Life Insurance Litigation | 52 | 133 |
|  | D.J. Sarah S. Vance | MDL-1643 IN RE: Educational Testing Service PLT 7-12 Test Scoring Litigation | 2 | 31 |
| MA | D.J. Nancy Gertner | MDL-1354 IN RE: Citigroup, Inc., Capital Accumulation Plan Litigation | 8 | 18 |
|  | Sr.J. Edward F. Harrington | MDL-1143 IN RE: Mutual Life Insurance Company of New York Premium Litigation | 2 | 23 |
|  | D.J. Patti B. Saris | MDL-1456 IN RE: Pharmaceutical Industry Average Wholesale Price Litigation | 5 | 121 |
|  | D.J. Patti B. Saris | MDL-1629 IN RE: Neurontin Marketing, Sales Practices and Products Liability Litigation | 12 | 233 |
|  | D.J. Richard G. Stearns | MDL-1861 IN RE: Wellux Marketing and Sales Practices Litigation | 16 | 16 |
|  | D.J. Joseph L. Tauro | MDL-1790 IN RE: Volkswagen and Audi Warranty Extension Litigation | 2 | 8 |
|  | D.J. Joseph L. Tauro | MDL-1820 IN RE: Webloyalty.com, Inc., Marketing and Sales Practices Litigation | 2 | 5 |
|  | D.J. Joseph L. Tauro | MDL-1870 IN RE: Greenwood Credit Union Prescreening Litigation | 3 | 3 |
|  | D.J. Douglas P. Woodlock | MDL-1543 IN RE: Carbon Black Antitrust Litigation | 1 | 16 |
|  | D.J. Douglas P. Woodlock | MDL-1704 IN RE: M3Power Razor System Marketing & Sales Practices Litigation | 1 | 26 |
|  | D.J. William G. Young | MDL-1838 IN RE: The TJX Companies, Inc., Customer Data Security Breach Litigation | 28 | 28 |
|  | D.J. Rya W. Zobel | MDL-1380 IN RE: Xcelera.com Inc. Securities Litigation | 1 | 20 |
|  | D.J. Rya W. Zobel | MDL-1461 IN RE: Shell Oil Products Co. Dealer Franchise Litigation | 1 | 3 |
| MD | D.J. Catherine C. Blake | MDL-1539 IN RE: Royal Ahold N.V. Securities & "ERISA" Litigation | 37 | 37 |
|  | C.J. Benson Everett Legg | MDL-1387 IN RE: ProteGen Sling and Vesica System Products Liability Litigation | 4 | 584 |
|  | D.J. J. Frederick Motz | MDL-1332 IN RE: Microsoft Corp. Windows Operating Systems Antitrust Litigation | 2 | 117 |
|  | D.J. J. Frederick Motz, D.J. Andre M. Davis and D.J. Catherine C. Blake | MDL-1586 IN RE: Mutual Funds Investment Litigation | 423 | 437 |
|  | D.J. Roger W. Titus | MDL-1911 IN RE: Michelin North America, Inc., PAX System Marketing and Sales Practices Litigation | 5 | 5 |
| ME | D.J. D. Brock Hornby | MDL-1532 IN RE: New Motor Vehicles Canadian Export Antitrust Litigation | 27 | 31 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| MIE | D.J. Sean F. Cox | MDL-1867  IN RE: OnStar Contract Litigation | 24 | 25 |
| | C.J. Bernard A. Friedman | MDL-1718  IN RE: Ford Motor Co. Speed Control Deactivation Switch Products Liability Litigation | 82 | 85 |
| | D.J. Gerald E. Rosen | MDL-1725  IN RE: Delphi Corp. Securities, Derivative & "ERISA" Litigation | 22 | 25 |
| | D.J. Gerald E. Rosen | MDL-1749  IN RE: General Motors Corp. Securities & Derivative Litigation | 5 | 5 |
| MIW | C.J. Robert Holmes Bell | MDL-1846  IN RE: Trade Partners, Inc., Investors Litigation | 5 | 5 |
| MN | D.J. Michael J. Davis | MDL-1431  IN RE: Baycol Products Liability Litigation | 331 | 9,091 |
| | Sr.J. David S. Doty | MDL-1892  IN RE: KFC Corp. Fair Labor Standards Act Litigation | 28 | 29 |
| | D.J. Donovan W. Frank | MDL-1708  IN RE: Guidant Corp. Implantable Defibrillators Products Liability Litigation | 2,061 | 2,091 |
| | Sr.J. Richard H. Kyle | MDL-1905  IN RE: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation | 118 | 118 |
| | Sr.J. Paul A. Magnuson | MDL-1724  IN RE: Viagra Products Liability Litigation | 134 | 140 |
| | C.J. James M. Rosenbaum | MDL-1726  IN RE: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation | 1,114 | 1,192 |
| | C.J. James M. Rosenbaum | MDL-1836  IN RE: Mirapex Products Liability Litigation | 307 | 307 |
| | D.J. John R. Tunheim | MDL-1396  IN RE: St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation | 15 | 57 |
| MOE | D.J. Jean C. Hamilton | MDL-1702  IN RE: Air Crash Near Kirksville, Missouri, on October 19, 2004 | 4 | 12 |
| | Sr.J. Stephen N. Limbaugh | MDL-1672  IN RE: Express Scripts, Inc., Pharmacy Benefits Management Litigation | 14 | 21 |
| | D.J. Catherine D. Perry | MDL-1811  IN RE: Genetically Modified Rice Litigation | 223 | 224 |
| | D.J. Rodney W. Sippel | MDL-1620  IN RE: Metoprolol Succinate Patent Litigation | 8 | 8 |
| | D.J. Rodney W. Sippel | MDL-1736  IN RE: Celexa and Lexapro Products Liability Litigation | 43 | 43 |
| | D.J. E. Richard Webber | MDL-1907  IN RE: Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation | 19 | 19 |
| MOW | D.J. Richard E. Dorr | MDL-1786  IN RE: H&R Block, Inc., Express IRA Marketing Litigation | 20 | 21 |
| MSS | D.J. Keith Starrett | MDL-1872  IN RE: Wayne Farms LLC Fair Labor Standards Act Litigation | 13 | 13 |
| NCM | C.J. James A. Beaty, Jr. | MDL-1622  IN RE: Cotton Yarn Antitrust Litigation | 14 | 14 |
| NCW | Sr.J. Graham C. Mullen | MDL-1932  IN RE: Family Dollar Stores, Inc., Wage and Hour Employment Practices Litigation | 9 | 9 |
| | D.J. Richard L. Voorhees | MDL-1516  IN RE: Polyester Staple Antitrust Litigation | 14 | 36 |
| NE | D.J. Laurie Smith Camp | MDL-1920  IN RE: Saturn L-Series Timing Chain Products Liability Litigation | 3 | 3 |
| NH | D.J. Paul J. Barbadoro | MDL-1335  IN RE: Tyco International, Ltd, Securities, Derivative and "ERISA" Litigation | 16 | 108 |

| District | Judge | | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|---|
| NJ | Sr.J. Harold A. Ackerman | MDL-1687 | IN RE: Ford Motor Co. E-350 Van Products Liability Litigation (No. II) | 5 | 5 |
| | C.J. Garrett E. Brown, Jr. | MDL-1471 | IN RE: Compensation of Managerial, Professional and Technical Employees Antitrust Litigation | 4 | 4 |
| | C.J. Garrett E. Brown, Jr. | MDL-1663 | IN RE: Insurance Brokerage Antitrust Litigation | 45 | 47 |
| | D.J. Dennis M. Cavanaugh | MDL-1938 | IN RE: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation | 112 | 112 |
| | D.J. Stanley R. Chesler | MDL-1658 | IN RE: Merck & Co, Inc., Securities, Derivative & "ERISA" Litigation | 1 | 35 |
| | D.J. Stanley R. Chesler | MDL-1777 | IN RE: SFBC International, Inc., Securities & Derivative Litigation | 1 | 14 |
| | D.J. Stanley R. Chesler | MDL-1857 | IN RE: Schering Marketing and Sales Practices Litigation (No. II) | 6 | 6 |
| | D.J. Mary L. Cooper | MDL-1851 | IN RE: Desloratadine Patent Litigation | 4 | 4 |
| | Sr.J. Dickinson R. Debevoise | MDL-1337 | IN RE: Holocaust Era German Industry, Bank & Insurance Litigation | 2 | 59 |
| | Sr.J. Dickinson R. Debevoise | MDL-1914 | IN RE: Mercedes-Benz Tele Aid Contract Litigation | 11 | 11 |
| | D.J. Joseph A. Greenaway, Jr. | MDL-1419 | IN RE: K-Dur Antitrust Litigation | 1 | 44 |
| | D.J. Noel L. Hillman | MDL-1850 | IN RE: Pet Food Products Liability Litigation | 118 | 118 |
| | D.J. Faith S. Hochberg | MDL-1384 | IN RE: Gabapentin Patent Litigation | 13 | 17 |
| | D.J. Faith S. Hochberg | MDL-1479 | IN RE: Neurontin Antitrust Litigation | 22 | 22 |
| | Sr.J. Joseph E. Irenas | MDL-1881 | IN RE: Boscov's Department Store, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 3 | 3 |
| | D.J. Jose L. Linares | MDL-1730 | IN RE: Hypodermic Products Antitrust Litigation | 9 | 10 |
| | D.J. William J. Martini | MDL-1763 | IN RE: Human Tissue Products Liability Litigation | 216 | 224 |
| | D.J. Jerome B. Simandle | MDL-1514 | IN RE: Electrical Carbon Products Antitrust Litigation | 1 | 25 |
| | Sr.J. William H. Walls | MDL-1292 | IN RE: Cendant Corporation Securities Litigation | 3 | 18 |
| | D.J. Susan D. Wigenton | MDL-1550 | IN RE: IDT Corp. Calling Card Terms Litigation | 4 | 5 |
| | D.J. Susan D. Wigenton | MDL-1931 | IN RE: Virgin Mobile Initial Public Offering (IPO) Securities Litigation | 4 | 4 |
| | D.J. Freda L. Wolfson | MDL-1799 | IN RE: Vonage Initial Public Offering (IPO) Securities Litigation | 1 | 16 |
| | D.J. Freda L. Wolfson | MDL-1862 | IN RE: Vonage Marketing and Sales Practices Litigation | 5 | 5 |
| NV | D.J. Kent J. Dawson | MDL-1619 | IN RE: Musha Cay Litigation | 3 | 3 |
| | Sr.J. Lloyd D. George | MDL-1357 | IN RE: NOS Communications, Inc., Billing Practices Litigation | 7 | 8 |
| | D.J. Robert Clive Jones | MDL-1878 | IN RE: Internal Revenue Service §1031 Tax Deferred Exchange Litigation | 5 | 5 |
| | D.J. Philip M. Pro | MDL-1566 | IN RE: Western States Wholesale Natural Gas Antitrust Litigation | 6 | 33 |
| | D.J. Philip M. Pro | MDL-1735 | IN RE: Wal-Mart Wage and Hour Employment Practices Litigation | 33 | 35 |

Page 8

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| NYE | D.J. Brian M. Cogan | MDL-1844 IN RE: Air Crash Near Peixoto de Azeveda, Brazil, on September 29, 2006 | 69 | 69 |
| | C.J. Raymond J. Dearie | MDL-1613 IN RE: Nigeria Charter Flights Contract Litigation | 10 | 14 |
| | D.J. John Gleeson | MDL-1575 IN RE: Visa/MasterCard Antitrust Litigation | 5 | 8 |
| | D.J. John Gleeson | MDL-1720 IN RE: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | 51 | 51 |
| | D.J. John Gleeson | MDL-1775 IN RE: Air Cargo Shipping Services Antitrust Litigation | 94 | 95 |
| | Sr.J. Thomas C. Platt, Jr. | MDL-799 IN RE: Air Disaster at Lockerbie, Scotland, on December 21, 1988 | 37 | 297 |
| | Sr.J. Thomas C. Platt, Jr. | MDL-1898 IN RE: American Home Mortgage Securities Litigation | 19 | 19 |
| | Sr.J. David G. Trager | MDL-1738 IN RE: Vitamin C Antitrust Litigation | 10 | 10 |
| | Sr.J. Jack B. Weinstein | MDL-381 IN RE: "Agent Orange" Products Liability Litigation | 6 | 629 |
| | Sr.J. Jack B. Weinstein | MDL-1596 IN RE: Zyprexa Products Liability Litigation | 817 | 1,893 |
| NYS | Sr.J. Harold Baer, Jr. | MDL-1661 IN RE: Rivastigmine Patent Litigation | 4 | 5 |
| | D.J. Deborah A. Batts | MDL-1714 IN RE: Rhodia S.A. Securities Litigation | 4 | 4 |
| | D.J. Richard A. Berman | MDL-1628 IN RE: Pineapple Antitrust Litigation | 6 | 10 |
| | D.J. Charles L. Brieant | MDL-1508 IN RE: Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation | 5 | 18 |
| | D.J. Charles L. Brieant | MDL-1903 IN RE: PepsiCo, Inc., Bottled Water Marketing and Sales Practices Litigation | 5 | 5 |
| | D.J. Denise Cote | MDL-1487 IN RE: WorldCom, Inc., Securities & "ERISA" Litigation | 3 | 177 |
| | D.J. Paul A. Crotty | MDL-1794 IN RE: Novartis Wage and Hour Litigation | 2 | 2 |
| | D.J. George B. Daniels | MDL-1379 IN RE: Literary Works in Electronic Databases Copyright Litigation | 3 | 5 |
| | D.J. George B. Daniels | MDL-1570 IN RE: Terrorist Attacks on September 11, 2001 | 24 | 25 |
| | Sr.J. Kevin Thomas Duffy | MDL-1443 IN RE: America Online, Inc., Community Leaders Litigation | 3 | 3 |
| | Sr.J. Thomas P. Griesa | MDL-1336 IN RE: Abercrombie & Fitch Co. Securities Litigation | 20 | 20 |
| | Sr.J. Thomas P. Griesa | MDL-1644 IN RE: Elevator and Escalator Antitrust Litigation | 4 | 25 |
| | D.J. Richard J. Holwell | MDL-1771 IN RE: "A Million Little Pieces" Litigation | 11 | 11 |
| | D.J. Barbara S. Jones | MDL-1291 IN RE: Omeprazole Patent Litigation | 5 | 22 |
| | D.J. Barbara S. Jones | MDL-1936 IN RE: Train Derailment Near Tyrone, Oklahoma, on April 21, 2005 | 9 | 9 |
| | D.J. Lewis A. Kaplan | MDL-1348 IN RE: Rezulin Products Liability Litigation | 751 | 1,868 |
| | D.J. Lewis A. Kaplan | MDL-1653 IN RE: Parmalat Securities Litigation | 17 | 17 |
| | Sr.J. John F. Keenan | MDL-1484 IN RE: Merrill Lynch & Co., Inc., Research Reports Securities Litigation | 21 | 176 |
| | Sr.J. John F. Keenan | MDL-1789 IN RE: Fosamax Products Liability Litigation | 547 | 548 |
| | Sr.J. Shirley Wohl Kram | MDL-1500 IN RE: AOL Time Warner Inc. Securities & "ERISA" Litigation | 35 | 72 |
| | Sr.J. Shirley Wohl Kram | MDL-1739 IN RE: Grand Theft Auto Video Game Consumer Litigation (No. II) | 8 | 8 |
| | Sr.J. Shirley Wohl Kram | MDL-1744 IN RE: Marsh & McLennan Companies, Inc., Securities Litigation | 7 | 10 |
| | D.J. Gerard E. Lynch | MDL-1472 IN RE: Global Crossing Ltd. Securities and "ERISA" Litigation | 2 | 89 |
| | D.J. Gerard E. Lynch | MDL-1902 IN RE: Refco Inc. Securities Litigation | 14 | 14 |

| District | JUDGE | LITIGATION | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| NYS (cont.) | St.J. Lawrence M. McKenna | MDL-1529 IN RE: Adelphia Communications Corp. Securities & Derivative Litigation (No. II) | 72 | 72 |
| | D.J. Colleen McMahon | MDL-1695 IN RE: Veeco Instruments Inc. Securities Litigation | 13 | 13 |
| | D.J. Colleen McMahon | MDL-1755 IN RE: Bayou Hedge Funds Investment Litigation | 9 | 10 |
| | Sr.J. Richard Owen | MDL-1688 IN RE: Pfizer Inc. Securities, Derivative & "ERISA" Litigation | 30 | 30 |
| | Sr.J. Richard Owen | MDL-1706 IN RE: Doral Financial Corp. Securities Litigation | 24 | 25 |
| | D.J. William H. Pauley III | MDL-1409 IN RE: Currency Conversion Fee Antitrust Litigation | 5 | 35 |
| | D.J. Loretta A. Preska | MDL-1659 IN RE: Nortel Networks Corp. Securities Litigation | 5 | 30 |
| | D.J. Loretta A. Preska | MDL-1780 IN RE: Digital Music Antitrust Litigation | 2 | 31 |
| | D.J. Jed S. Rakoff | MDL-1598 IN RE: Ephedra Products Liability Litigation | 518 | 861 |
| | Sr.J. Leonard B. Sand | MDL-1933 IN RE: Merrill Lynch & Co., Inc., Securities, Derivative & "ERISA" Litigation | 18 | 18 |
| | D.J. Shira Ann Scheindlin | MDL-1358 IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | 145 | 167 |
| | D.J. Shira Ann Scheindlin | MDL-1554 IN RE: Initial Public Offering (IPO) Securities Litigation | 393 | 511 |
| | Sr.J. John E. Sprizzo | MDL-1153 IN RE: Bennett Funding Group, Inc., Securities Litigation (No. II) | 29 | 66 |
| | Sr.J. John E. Sprizzo | MDL-1499 IN RE: South African Apartheid Litigation | 13 | 14 |
| | Sr.J. John E. Sprizzo | MDL-1584 IN RE: Federal Home Loan Mortgage Corp. Securities & Derivative Litigation (No. II) | 1 | 8 |
| | D.J. Sidney H. Stein | MDL-1603 IN RE: OxyContin Antitrust Litigation | 60 | 67 |
| | Sr.J. Robert W. Sweet and Sr.J. John F. Keenan* | MDL-1448 IN RE: Air Crash at Belle Harbor, New York, on November 12, 2001 | 52 | 376 |
| | | * Judge Keenan is assigned to actions in which Judge Sweet is recused. | | |
| OHN | D.J. Peter C. Economus | MDL-1561 IN RE: Travel Agent Commission Antitrust Litigation | 1 | 3 |
| | Sr.J. David A. Katz | MDL-1742 IN RE: Ortho Evra Products Liability Litigation | 1,079 | 1,241 |
| | D.J. Donald C. Nugent | MDL-1488 IN RE: Ford Motor Co. Panther Platform/Fuel Tank Design Products Liability Litigation | 3 | 31 |
| | D.J. Kathleen McDonald O'Malley | MDL-1401 IN RE: Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis Products Liability Litigation | 3 | 434 |
| | D.J. Kathleen McDonald O'Malley | MDL-1490 IN RE: Commercial Money Center, Inc., Equipment Lease Litigation | 31 | 38 |
| | D.J. Kathleen McDonald O'Malley | MDL-1535 IN RE: Welding Fume Products Liability Litigation | 3,094 | 11,602 |
| | D.J. Dan A. Polster | MDL-1909 IN RE: Gadolinium Contrast Dyes Products Liability Litigation | 95 | 95 |
| OHS | D.J. Gregory L. Frost | MDL-1638 IN RE: Foundry Resins Antitrust Litigation | 1 | 20 |
| | Sr.J. James L. Graham | MDL-1565 IN RE: National Century Financial Enterprises, Inc., Investment Litigation | 21 | 22 |
| | Sr.J. James L. Graham | MDL-1829 IN RE: Vision Service Plan Tax Litigation | 5 | 5 |
| OKW | D.J. Stephen P. Friot | MDL-1564 IN RE: Farmers Insurance Co., Inc., FCRA Litigation | 7 | 12 |
| OR | Sr.J. Robert E. Jones | MDL-1439 IN RE: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation | 4 | 13 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| PAE | C.J. Harvey Bartle III | MDL-1203 IN RE: Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation | 950 | 20,159 |
| | D.J. Ronald L. Buckwalter | MDL-1014 IN RE: Orthopedic Bone Screw Products Liability Litigation | 1 | 3,085 |
| | D.J. Ronald L. Buckwalter | MDL-1741 IN RE: Isolagen, Inc., Securities & Derivative Litigation | 5 | 5 |
| | D.J. Stewart Dalzell | MDL-1682 IN RE: Hydrogen Peroxide Antitrust Litigation | 2 | 34 |
| | D.J. Legrome D. Davis | MDL-1684 IN RE: Plastics Additives Antitrust Litigation (No. II) | 8 | 10 |
| | Sr.J. Jan E. DuBois | MDL-1261 IN RE: Linerboard Antitrust Litigation | 2 | 20 |
| | Sr.J. John P. Fullam | MDL-1782 IN RE: Pharmacy Benefit Managers Antitrust Litigation | 6 | 6 |
| | Sr.J. James T. Giles | MDL-875 IN RE: Asbestos Products Liability Litigation (No. VI) | 42,582 | 120,988 |
| | Sr.J. Bruce W. Kauffman | MDL-969 IN RE: Unisys Corp. Retiree Medical Benefit "ERISA" Litigation | 8 | 14 |
| | D.J. Mary A. McLaughlin | MDL-1712 IN RE: American Investors Life Insurance Co. Annuity Marketing and Sales Practices Litigation | 14 | 15 |
| | St.J. Thomas N. O'Neill, Jr. | MDL-1904 IN RE: OSI Restaurant Partners, LLC, Fair and Accurate Credit Transactions Act (FACTA) Litigation | 4 | 4 |
| | Sr.J. Louis H. Pollak | MDL-1817 IN RE: CertainTeed Corp. Roofing Shingle Products Liability Litigation | 21 | 21 |
| | D.J. Cynthia M. Rufe | MDL-1871 IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation | 214 | 214 |
| | D.J. Timothy J. Savage | MDL-1675 IN RE: ACE Limited Securities Litigation | 4 | 4 |
| | D.J. Timothy J. Savage | MDL-1768 IN RE: Methyl Methacrylate (MMA) Antitrust Litigation | 18 | 18 |
| | D.J. Lawrence F. Stengel | MDL-1879 IN RE: Sterling Financial Corporation Securities Litigation | 1 | 9 |
| | D.J. Richard Barclay Surrick | MDL-1426 IN RE: Automotive Refinishing Paint Antitrust Litigation | 61 | 63 |
| | D.J. Richard Barclay Surrick | MDL-1912 IN RE: Fasteners Antitrust Litigation | 34 | 34 |
| PAM | D.J. Christopher C. Conner | MDL-1935 IN RE: Chocolate Confectionary Antitrust Litigation | 79 | 79 |
| | D.J. Thomas I. Vanaskie | MDL-1556 IN RE: Pressure Sensitive Labelstock Antitrust Litigation | 11 | 11 |
| PAW | D.J. Gary L. Lancaster | MDL-1674 IN RE: Community Bank of Northern Virginia Mortgage Lending Practices Litigation | 7 | 8 |
| RI | C.J. Mary M. Lisi | MDL-1842 IN RE: Kugel Mesh Hernia Patch Products Liability Litigation | 642 | 644 |
| SC | Sr.J. C. Weston Houck | MDL-1865 IN RE: Household Goods Movers Antitrust Litigation | 3 | 3 |
| | C.J. David C. Norton | MDL-1785 IN RE: Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation | 346 | 349 |
| TNE | C.J. Curtis L. Collier | MDL-1552 IN RE: UnumProvident Corp. Securities, Derivative & "ERISA" Litigation | 19 | 28 |
| | D.J. J. Ronnie Greer | MDL-1899 IN RE: Southeastern Milk Antitrust Litigation | 6 | 6 |
| TNM | C.J. Todd J. Campbell | MDL-1760 IN RE: Aredia and Zometa Products Liability Litigation | 415 | 438 |
| | Sr.J. John T. Nixon | MDL-1537 IN RE: Nortel Networks Corp. "ERISA" Litigation | 6 | 6 |
| | D.J. Aleta A. Trauger | MDL-1457 IN RE: Allstate Insurance Co. Underwriting and Rating Practices Litigation | 6 | 11 |
| | D.J. Aleta A. Trauger | MDL-1921 IN RE: Nissan North America, Inc., Odometer Litigation (No. II) | 6 | 6 |

| District | Judge | Litigation | Actions Pending | Total Number of Actions |
|---|---|---|---|---|
| TNW | D.J. J. Daniel Breen | MDL-1551  IN RE: Reciprocal of America (ROA) Sales Practices Litigation | 15 | 15 |
| TXE | D.J. Leonard E. Davis<br>D.J. T. John Ward | MDL-1512  IN RE: Electronic Data Systems Corp. Securities & "ERISA" Litigation<br>MDL-1530  IN RE: Fleming Companies Inc. Securities & Derivative Litigation | 4<br>10 | 29<br>22 |
| TXN | Sr.J. A. Joe Fish<br>D.J. Terry R. Means | MDL-1578  IN RE: UICI "Association-Group" Insurance Litigation<br>MDL-1875  IN RE: RadioShack Corp. "ERISA" Litigation | 2<br>4 | 28<br>4 |
| TXS | D.J. Vanessa D. Gilmore<br>D.J. Melinda Harmon<br>D.J. Lynn N. Hughes<br>D.J. Janis Graham Jack<br><br>D.J. Sim Lake | MDL-1646  IN RE: Testmasters Trademark Litigation<br>MDL-1446  IN RE: Enron Corp. Securities, Derivative & "ERISA" Litigation<br>MDL-1609  IN RE: Service Corporation International Securities Litigation<br>MDL-1810  IN RE: MERSCORP Inc., et al., Real Estate Settlement Procedures Act (RESPA) Litigation<br>MDL-1886  IN RE: Refined Petroleum Products Antitrust Litigation | 1<br>110<br>1<br>13<br><br>6 | 6<br>196<br>4<br>30<br><br>6 |
| UT | D.J. Dale A. Kimball | MDL-1546  IN RE: Medical Waste Services Antitrust Litigation | 1 | 8 |
| VAE | D.J. Leonie M. Brinkema | MDL-1705  IN RE: Xybernaut Corp. Securities Litigation | 9 | 10 |
| WAW | Sr.J. John C. Coughenour<br>D.J. Marsha J. Pechman<br>D.J. James L. Robart<br>D.J. Barbara Jacobs Rothstein | MDL-1896  IN RE: General Motors Corp. Speedometer Products Liability Litigation<br>MDL-1919  IN RE: Washington Mutual, Inc., Securities, Derivative & "ERISA" Litigation<br>MDL-1937  IN RE: United States Postal Service Privacy Act Litigation<br>MDL-1407  IN RE: Phenylpropanolamine (PPA) Products Liability Litigation | 4<br>20<br>2<br>157 | 4<br>20<br>2<br>3,377 |
| WY | C.J. William F. Downes | MDL-1293  IN RE: Natural Gas Royalties Qui Tam Litigation | 74 | 83 |