## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:  ASBESTOS LITIGATION:    )
    )
DONNA FOUTS, Individually and as    )
Personal Representative of the Estate of    )
CLAUDE DAVID HARLEY, Deceased,    )    C.A. No. 08-425
and DANNY HARLEY,    )
    )
    Plaintiffs,    )
    )
    v.    )
    )
AIRSTREAM, INC., et al.,    )
    )
    Defendants.    )

### NOTICE OF TAG-ALONG ACTION

On July 29, 1991, the Judicial Panel on Multidistrict Litigation (the "Panel")

entered an order transferring all asbestos cases pending in the federal courts to the Easter District

of Pennsylvania for coordinated or consolidation pretrial proceedings pursuant to 28 U.S.C.

§ 1407 (the "MDL Transfer Order").  The MDL Transfer Order also applies to "tag-along

actions" pending in federal district courts and involving common questions of fact with actions

previously transferred under Section 1407.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy Jay Houseal (#2880)
Jennifer M. Kinkus (#4289)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6682
Facsimile:  (302) 576-3300
E-mail:  thouseal@ycst.com
Attorneys for Viad Corp incorrectly sued herein as Viad
Corp., (f/k/a The Dial Corporation, individually and as
successor-in-interest to Griscom-Russell Company)

Dated:  July 11, 2008

