IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA FOUTS, Individually and as Personal Representative of the Estate of CLAUDE DAVID HARLEY, Deceased, and DANNY HARLEY<br><br>Plaintiff,<br><br>v.<br><br>AIRSTREAM INC.; et al.,<br><br>Defendants. | :<br>:<br>: C.A. No.: 08-425 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF RECEIPT OF**
**FIRST NOTICE PURSUANT TO 10 DEL C. §3104**

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1. I am the attorney for plaintiffs in the above-captioned matter.

2. On July 2, 2008, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered mail to defendant LESLIE CONTORLS, INC.

3. On July 14, 2008, the return receipt of the First Notice was returned to the sender showing proof of delivery.

4. Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice and the original return receipt which shows acceptance of the First Notice, referred to in Paragraph 2 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 18 day of July, 2008.

_____
NOTARY PUBLIC

STEPHEN T. MORROW, ESQ.
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. §4323(a)(3)

My Commission Expires: _____

**Exhibit "A"**

Case 1:08-cv-00425-GMS    Document 10    Filed 07/18/2008    Page 3 of 5

Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

Check type of mail or service:
- ☐ Certified
- ☐ COD
- ☐ Delivery Confirmation
- ☐ Express Mail
- ☐ Insured
- ☐ Recorded Delivery (International)
- ☒ Registered
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. RA 311 859 164 US | AIRSTREAM, INC. 419 West Pike Street P.O. Box 629 Jackson Center, Ohio 45334-0629 | 2.02 | 10.00 | 0 | 0 | | | | | | | 2.20 |
| 2. | | | | | | | | | | | | |
| 3. RA 311 859 130 US | GENUINE PARTS COMPANY Attn: Scott Smith, Agent 2999 Circle 75 Parkway Atlanta, GA 30339 | 2.02 | 10.00 | 0 | 0 | | | | | | | 2.20 |
| 4. | | | | | | | | | | | | |
| 5. RA 311 959 133 US | LESLIE CONTORLS, INC. 12501 Telecom Drive, Tampa, Florida 33637 | 2.02 | 10.00 | 0 | 0 | | | | | | | 2.20 |
| 6. | | | | | | | | | | | | |
| 7. RA 311 859 155 US | NATIONAL AUTOMOTIVE PARTS ASSOCIATION c/o The Corporation Company 30600 Telegraph Road Bingham Farms, MI 48025 | 2.02 | 10.00 | 0 | 0 | | | | | | | 2.20 |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 4
Total Number of Pieces Received at Post Office: 4
Postmaster, Per (Name of receiving employee) (Fouts)

Complete by Typewriter, Ink, or Ball Point Pen
See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

UNITED STATES POSTAL SERVICE

SAINT PETERSBURG FL

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rhoades
P.O. Box 874
Wilm, DE 19899-0874

c/o Dale Fouts

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LESLIE CONTORLS, INC.
12501 Telecom Drive,
Tampa, Florida 33637

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Karen ltts   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   RA 311 859 133 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540