IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA FOUTS, Individually and as Personal Representative of the Estate of CLAUDE DAVID HARLEY, Deceased, and DANNY HARLEY<br><br>    Plaintiff,<br><br>v.<br><br>AIRSTREAM INC.; et al.,<br><br>    Defendants. | :<br>:<br>:  C.A. No.: 08-425 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF RECEIPT OF
FIRST NOTICE PURSUANT TO 10 DEL C. §3104**

STATE OF DELAWARE    :
                            : SS.
NEW CASTLE COUNTY :

I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1. I am the attorney for plaintiffs in the above-captioned matter.

2. On July 2, 2008, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered mail to defendant Yarway Corporation.

3. On July 14, 2008, the return receipt of the First Notice was returned to the sender showing proof of delivery.

4. Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice and the original return receipt which shows acceptance of the First Notice, referred to in Paragraph 2 of this Affidavit.

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this /8 day of July, 2008.

_____
NOTARY PUBLIC

STEPHEN T. MORROW, ESQ.
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. §4323(a)(3)

My Commission Expires:_____

Exhibit "A"

**Name and Address of Sender**
Joseph J. Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

Check type of mail or service:
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [x] Registered
- [x] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RA 311 859 102 US | Winnebago Industries Inc., Attn: Raymond M. Beebe, 605 W Crystal Lake Road, Box 152, Forest City, IA 50436 | 2.02 | 10.00 | | 0 | 0 | | | | | | 2.20 |
| 2. | | | | | | | | | | | | | |
| 3. | RA 311 859 147 US | YARWAY CORPORATION, CT Corporation System, 350 North St. Paul Street, Dallas, TX 75201 | 2.02 | 10.00 | | 0 | 0 | | | | | | 2.20 |
| 4. | | | | | | | | | | | | | |
| 5. | RA 311 859 116 US | YORK INDUSTRIES, INC., 303 Nassau Boulevard, Garden City Park, NY 11040 | 2.02 | 10.00 | | 0 | 0 | | | | | | 2.20 |
| 6. | | | | | | | | | | | | | |
| 7. | RA 311 859 093 US | YORK PROCESS SYSTEM – FRICK, 11750 Clay Road, Houston, TX 77043-1179 | 2.02 | 10.00 | | 0 | 0 | | | | | | 2.20 |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 4
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee) (Fouts)

PS Form 3877, February 2002 (Page 1 of 2)

See Privacy Act Statement on Reverse
Complete by Typewriter, Ink, or Ball Point Pen

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Rhoades
P.O. Box 874
Wilm., DE 19899-874

c/o Dale Fouts

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

YARWAY CORPORATION
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X     JUL 1 0 2008        ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
RECEIVED
CT CORPORATION

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RA 311 859 147 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540