IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION: | ) | |
| | ) | |
| DONNA FOUTS, Individually and as | ) | |
| Personal Representative of the Estate of | ) | |
| CLAUDE DAVID HARLEY, Deceased, | ) | C.A. No. 08-425 |
| and DANNY HARLEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AIRSTREAM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF REMAND

WHEREAS, Defendant Viad Corp ("Viad"), incorrectly sued herein as Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company) has removed this action; and

WHEREAS, Viad has now agreed that this action shall be remanded to the State Court where it was originally filed; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiffs and Viad that this action shall be remanded to the State Court where it was originally filed.

| LAW OFFICE OF JOSEPH J. RHOADES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ A. Dale Bowers | /s/ Jennifer Kinkus |
| A. Dale Bowers (#3932)<br>1225 North King Street, 12 Floor<br>Wilmington, DE 19801<br>Telephone: (302) 427-9500<br>Facsimile: (302) 427-9509<br>E-mail: dale.bowers@rhoadeslegal.com<br>Attorneys for Plaintiff | Timothy Jay Houseal (#2880)<br>Jennifer M. Kinkus (#4289)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6682<br>Facsimile: (302) 576-3300<br>E-mail: thouseal@ycst.com<br>Attorneys for Viad Corp incorrectly sued herein as Viad Corp., (f/k/a The Dial Corporation, individually and as successor-in-interest to Griscom-Russell Company) |
| Dated: 7/22/08 | Dated: 7/23/08 |

SO ORDERED this _____ day of _____, 2008.

_____
Judge Gregory M. Sleet